IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARLOTTA FREEMAN, ) | |
| ) | |
| v. ) | 3:10-0604 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security ) | |

**O R D E R**

The Court has read and considered Defendant's Motion For Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Remand To Defendant, Document #12, and Defendant's Memorandum in Support of Motion, Document #13. As set forth in Defendant's Motion, Plaintiff 's counsel has been contacted and has no objection.

Defendant's Motion to Remand, Document #12, is **GRANTED**, and this case is reversed and remanded for further evaluation by the Administrative Law Judge as follows: to evaluate the opinion evidence of record, to specifically state the claimant's functional limitations and remaining capacities, and to obtain supplement vocational expert evidence as required.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge