IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARLOTTA FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:10-0604 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is Plaintiff's Motion for Attorney Fees, Document #16. Subsequent to the Plaintiff's filing of this Motion, the parties submitted a Joint Motion For An Award of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412, Document #18. The Joint Motion indicates that the parties have reached an appropriate settlement for attorney fees, expenses, and costs in the amount of $5,216.67 and said Motion, Document #18, is **GRANTED**.

Accordingly, the Plaintiff is awarded $4,850.05 (four thousand eight hundred fifty and 05/100) in attorney fees, $16.62 (sixteen and 62/100) in expenses, and $350.00 (three hundred fifty and 00/100) in court costs for a total of $5,216.67 (five thousand two hundred sixteen and 67/100) to be charged against the Defendant in this action and paid to Plaintiff Carlotta Freeman and sent to her attorney, William M. Kaludis, at his office address. Plaintiff's Motion for Attorney Fees, Document #16, is **DENIED** as moot.

**IT IS SO ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge